UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| CHARLOTTE THOMAS, ex rel. T.E., | ) | 1:14CV0284 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | MAG. JUDGE KENNETH S. McHARGH |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMIN., | ) | |
| | ) | |
| | ) | |
| Defendant | ) | JUDGMENT ENTRY |
| | ) | |


McHARGH, MAG. JUDGE

Pursuant to the Court's Memorandum and Order filed March 30, 2015, the

Court AFFIRMS the decision of the Commissioner.


IT IS SO ORDERED.

Dated:  Mar. 30, 2015          /s/ Kenneth S. McHargh
                               Kenneth S. McHargh
                               United States Magistrate Judge